CENTER FOR DISABILITY ACCESS
RAY BALLISTER, JR., ESQ., SBN 111282
RUSSELL HANDY, ESQ., SBN 195058
FAYTHE GUTIERREZ, ESQ., SBN 310430
8033 LINDA VISTA ROAD, SUITE 200
SAN DIEGO, CA 92111
(858) 375-7385; (888) 422-5191 FAX
faytheg@potterhandy.com
ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker**, <br><br>     Plaintiff, <br><br> v. <br><br> **J. Reflection, Inc.,** a California Corporation; and Does 1-10, <br><br>     Defendants. | Case 5:20-cv-01584-JGB-KK <br><br> **Plaintiff's Application for Default Judgment by Court Against J. Reflection, Inc.** <br><br> Date:   March 29, 2021 <br> Time:   9:00 a.m. <br> Ctrm:   Courtroom 1 |

To Defendant J. Reflection, Inc., and the attorneys of record, if any: Please take notice that on March 29, 2021, at 9:00 a.m., or as soon thereafter as this matter may be heard by this Court located at the George E. Brown, Jr. Federal Building and United States Courthouse 3470 Twelfth Street Riverside, CA 92501-3801, Plaintiff Brian Whitaker, will present his application for default judgment against defendant J. Reflection, Inc. The Clerk has previously entered the default on J. Reflection, Inc. on September 25, 2020.

At the time and place of hearing, plaintiff will present proof of the following matters: (1) Defendant J. Reflection, Inc. is a business entity and not minors or incompetent persons or in military service or otherwise exempted under the Soldier and Sailor's Civil Relief Act of 1940; (2) Defendant J. Reflection, Inc. has not appeared in this action; and (3) Plaintiff is entitled to judgment against said Defendant on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act, and the Unruh Civil Rights Act.

The Plaintiff seeks $4000.00 damages judgment against Defendant J. Reflection, Inc.  and $3,163.60 as attorneys' fees and costs. Additionally, plaintiff seeks an order directing the defendant to provide wheelchair accessible sales counter at the property located at 7802 Kew Avenue, Rancho Cucamonga, California. This application is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of this the original application for default judgment by court was served on defendants J. Reflection, Inc. on February 19, 2021, by first class United States Mail, postage prepaid.

Dated: February 19, 2021         CENTER FOR DISABILITY ACCESS

By: */s/ Faythe Gutierrez*
Faythe Gutierrez, Esq.,
Attorney for Plaintiff