JS-6

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| BRIAN WHITAKER,<br><br>                              Plaintiff,<br><br>        v.<br><br>J. REFLECTION,<br><br>                              Defendant. | Case No. EDCV 20-1584 JGB (KKx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrently herewith, the Court GRANTS Plaintiff's application for default judgment against Defendant J. Reflection. Judgment is entered as follows:

1.      Plaintiff is AWARDED damages in the amount of $4,000.

2.      Plaintiff is AWARDED $2,333.60 in attorneys' fees and $830 in costs.

3.      Defendant is ORDERED to provide wheelchair accessible sales counters in compliance with the ADA Accessibility Guidelines at the Store located at 7802 Kew Avenue, Rancho Cucamonga, California.

//

//

//

1   4.     Plaintiff is ORDERED to mail or personally serve a copy of this judgment

2   and the Order to Defendant.  Plaintiff shall file Proof of Service with the Court

3   within ten days of the date of this order.

4

5

6   Dated: March 26, 2021

7                                                              _____

8                                                              THE HONORABLE JESUS G. BERNAL
                                                               United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28